# United States Court of Appeals for the Federal Circuit

2008-5015


JOHN C. FRAZIER, III (doing business as Markley Cove Resort),
LINDA FRAZIER (doing business as Markley Cove Resort),
LAGUNA HERMOSA CORPORATION (doing business as Rancho
Monticello Resort), and REL LIMITED (doing business as Spanish Flat Resort),

Plaintiffs-Appellants,

and

STEELE PARK RESORT, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant-Appellee.


Gregory T. Jaeger, Marzulla Law, of Washington, DC, argued for plaintiffs-appellants. With him on the brief were Roger J. Marzulla and Nancie G. Marzulla.

David S. Silverbrand, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.  Of counsel on the brief was James E. Turner, Assistant Regional Solicitor, Office of the Solicitor, Pacific Southwest Region, United States Department of the Interior, of Sacramento, California.

Appealed from:  United States Court of Federal Claims

Judge Lynn J. Bush

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5015

JOHN C. FRAZIER, III (doing business as Markley Cove Resort),
LINDA FRAZIER (doing business as Markley Cove Resort),
LAGUNA HERMOSA CORPORATION (doing business as Rancho
Monticello Resort), and REL LIMITED (doing business as Spanish Flat Resort),

Plaintiffs-Appellants,

and

STEELE PARK RESORT, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the      United States Court of Federal Claims

in CASE NO(S).          07-CV-636.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, RADER and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED December 5, 2008        /s/ Jan Horbaly
                              Jan Horbaly, Clerk